UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY A. HART,
        Plaintiff,

vs.                                                    Case No.: 3:22cv3192/LAC/EMT

GRADY C. JUDD, JR, SHERIFF, et al.,
        Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on March 8, 2022 (ECF No. 3).  The court furnished the plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.      The chief magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

Page  of  2

2.      This case is transferred to the United States District Court for the

Middle District of Florida.

**DONE AND ORDERED** this 4th day of April 2022.


                              s/L.A. Collier
                              **LACEY A. COLLIER**
                              **SENIOR UNITED STATES DISTRICT JUDGE**

Case No.:  3:22cv3192/LAC/EMT